IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN RE: ) KAY WOODS
) U.S. BANKRUPTCY JUDGE
CHARLES A. FURBEE )
KANDI S. FURBEE )
)
Debtors ) CH 13 Case No. 07-40789
)
) **TRANSMITTAL OF UNCLAIMED FUNDS**

TO THE CLERK - U.S. BANKRUPTCY COURT:

1. Ninety days have passed since Final Distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The name of the persons to whom such unnegotiated check was issued, the amount of such check and its last known address is:

CHARLES A. FURBEE            KANDI S. FURBEE
440 JEFFERSON AVE            4308 ARCHWOOD AVENUE
APT 47                       CLEVELAND, OH 44109
PITTSBURGH, PA 15202

$5.00

**TOTAL:**      $5.00

2. A check in the amount of $25.00, payable to the Clerk of the United States Bankruptcy Court is attached to this report and list and includes remittance of the above funds.

3. Nothing further remains to be done in this case.

DATED this __16th__ day of September, 2010.

_____
MICHAEL A. GALLO, TRUSTEE
20 Federal Plaza West
Suite #602
Youngstown, OH 44503
(330) 743-1246

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN Re: | ) | KAY WOODS |
| | ) | U.S. BANKRUPTCY JUDGE |
| CHARLES A. FURBEE | ) | |
| KANDI S. FURBEE | ) | |
| | ) | |
| Debtors | ) | CH 13 Case No. 07-40789 |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing TRANSMITTAL OF UNCLAIMED FUNDS was sent this __16th__ day of September, 2010, by electronic transmission to:

Office of the U.S. Trustee
Howard M. Metzenbaum
U.S. Courthouse
201 Superior Ave. E
Suite #441
Cleveland, OH 44114-1240

MICHAEL A. GALLO, TRUSTEE
20 Federal Plaza West
Suite #602
Youngstown, OH 44503

By: __Jennifer Buchmann__
Jennifer Buchmann - Assistant

Trustee:67  TR-009A

CLERK OF THE U.S. BANKRUPTCY COURT
FEDERAL BUILDING & COURT HOUSE
10 E COMMERCE STREET
YOUNGSTOWN, OH 44503

CREDITOR: 523237
VOUCHER FOR CHECK: 817015
DATED: 2010/08/27

Page 1 OF 1

| NAME OF CREDITOR | CASE | CLMS | REF | DEBTORS NAME | ACCOUNT NUMBER | AMOUNT IN THE CHECK | | PAID TO DATE | | NEW BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | PRINCIPAL | INTEREST | INTEREST | PRINC + INT | |
| CLERK OF THE U.S. BANKRUPTCY C | 0640962 | 926 | 6 | 23 HAHN, STEPHEN LEE HAHN, JANET LEE | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0740789 | 926 | 6 | 51 FURBEE, CHARLES A. FURBEE, KANDI S. | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0841305 | 926 | 6 | 23 KOULIANOS, ANTHONY A. KOULIANOS, SYLVIA | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0843559 | 926 | 6 | 38 GORDON, STEVEN E. GORDON, MIRANDA L. | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0940606 | 926 | 6 | 21 CARBON, ANTHONY D. CARBON, SHERRI L. | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 | 0.00 |

CURRENT CHECK
#ITEMS: 5
PRINCIPAL: 25.00
INTEREST: 0.00
PRINC + INT: 25.00